HARLAN H. SACKRIDER et al., Respondents, *v.* ALICE A. COOKE, as Executrix, etc., Appellant.

(Argued January 24, 1884 ; decided February 5, 1884.)

*Day & Romer* for appellant.

*Frank W. Stevens* for respondent

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.